# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINCIPLE ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TILDEN MARCELLUS, LLC,<br>ROCKDALE MARCELLUS, LLC,<br>EDWARD J. HEBERT, AND<br>THOMAS C. STREETER,<br><br>    Defendants. | No.: 4:21cv1115<br><br>Judge Matthew W. Brann |

## JOINT MOTION TO STAY PENDING RESOLUTION OF BANKRUPTCY ADVERSARY PROCEEDINGS

Plaintiff Principle Enterprises, LLC ("Principle"), Defendants Tilden Marcellus, LLC ("Tilden"), Rockdale Marcellus, LLC ("Rockdale"), Edward J. Hebert ("Hebert") and Thomas C. Streeter ("Streeter") (collectively, the "Parties"), by and through their undersigned counsel, jointly files this Motion to Stay ("Motion") and, in support, states as follows:

1.  On September 21, 2021, Rockdale filed a voluntary Chapter 11 bankruptcy petition in the Bankruptcy Court, docketed at Case No. 21-22080.  *See* Dkt. 21.

2.  On October 4, 2021, Principle has filed a motion for leave to amend its complaint.  *See* Dkt. 26.

3. On October 29, 2021, Rockdale and Hebert and Streeter opposed the motion, at least in part, on the basis that the proposed amended complaint violated the automatic stay afforded by Rockdale's bankruptcy filing. *See* Dkt. 34, 35.

4. On October 29, 2021, Tilden filed a joinder in the oppositions of Rockdale and Hebert and Streeter to Principle's motion. *See* Dkt. 37.

5. On November 8, 2021, Rockdale, along with its sole shareholder Rockdale Marcellus Holdings, LLC (collectively "Debtors"), filed a complaint commencing an adversary proceeding in the Bankruptcy Court, as well as a motion for preliminary injunction seeking to enjoin further litigation of this case.

6. On November 9, 2021, as a result of the above, the Parties conferred and jointly agreed to a thirty-five day (35) stay of the above litigation.

7. Good cause exists to grant this motion as a stay will not prejudice any of the litigants and would promote judicial economy by allowing the parties to confer regarding possible resolutions for (a) the adversary proceeding and (b) the dispute regarding proposed amended complaint.

8. As such, the Parties request that this Court stay this case for thirty-five (35) days.

WHEREFORE, for the foregoing reasons, the Parties requests that the Court grant the Motion and stay this case.

DATED: November 11, 2021   Respectfully submitted,

   /s/ Megan S. Haines
   Megan S. Haines, Esq. (PA 203590)
   Reed Smith LLP
   Reed Smith Centre
   225 Fifth Avenue
   Pittsburgh, PA 15222-2716
   (412) 288-3007
   mhaines@reedsmith.com

   *Attorney for Defendant Rockdale Marcellus, LLC*


   /s/ George A. Bibikos
   George A. Bibikos
   GA BIBIKOS LLC
   5901 Jonestown Rd. #6330
   Harrisburg, PA 17112
   (717) 580-5305
   gbibikos@gabibikos.com

   *Attorney for Edward J. Hebert and Thomas C. Streeter*


   /s/ Beverly Weiss Manne
   Beverly Weiss Manne, Pa. I.D. 34545
   1500 One PPG Place
   Pittsburgh, PA 15222
   Phone: (412) 566-1212
   Fax: (412) 594-5619
   bmanne@tuckerlaw.com

        Kevin L. Hall, PA ID No. 311826
        Brian J. Murren, PA ID No. 324567
        2 Lemoyne Drive, Suite 200
        Lemoyne, PA 17043
        Phone: (717) 234-4121
        Fax: (717) 232-6802
        khall@tuckerlaw.com
        bmurren@tuckerlaw.com

        *Counsel for Defendant Tilden Marcellus, LLC*


        /s/ Clayton W. Davidson
        Clayton W. Davidson, Esq. (PA 79139)
        Dana W. Chilson, Esq. (PA 208718)
        McNEES WALLACE & NURICK LLC
        100 Pine Street I P.O. Box 1166
        Harrisburg, PA 17108-1166
        Telephone: (717) 232-8000
        cdavidson@mcneeslaw.com
        dchilson@mcneeslaw.com
        nfox@mcneeslaw.com

        *Attorneys for Plaintiff Principle Enterprises, LLC*