# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINCIPLE ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TILDEN MARCELLUS, LLC,<br>ROCKDALE MARCELLUS, LLC,<br>EDWARD J. HEBERT, AND<br>THOMAS C. STREETER,<br><br>    Defendants. | No.: 4:21cv1115<br><br>Judge Matthew W. Brann |

## ORDER

**AND NOW**, this 19th day of November 2021, having considered the Parties' Joint Motion to Stay, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The case is stayed for thirty-five (35) days. The parties shall jointly file a status report to the Court on or before December 10, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge